| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF TEXAS |
| Case number *(if known)* _____   Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **FPUSA, LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **46-1182254** |
| **4.** | **Debtor's address** | **Principal place of business** **10314 WCR 72** **Midland, TX 79707** Number, Street, City, State & ZIP Code **Midland** County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **Not Applicable** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor **FPUSA, LLC**      Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor **FPUSA, LLC**
Name

Case number (*if known*)

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.   Insurance agency _____
  Contact name _____
  Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **FPUSA, LLC**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 21, 2016**
MM / DD / YYYY

X **/s/ Robert Russell**                                **Robert Russell**
Signature of authorized representative of debtor          Printed name

Title  **Sole Executive Committee Member**

**18. Signature of attorney**

X **/s/ John T. Richer**                                 Date **April 21, 2016**
Signature of attorney for debtor                         MM / DD / YYYY

**John T. Richer**
Printed name

**Hall Estill Hardwick Gable Golden Nelson, P.C.**
Firm name

**320 South Boston Avenue**
**Suite 200**
**Tulsa, OK 74103-3706**
Number, Street, City, State & ZIP Code

Contact phone  **918-594-0400**    Email address  **jricher@hallestill.com**

**24068531**
Bar number and State

# RESOLUTION OF THE SOLE EXECUTIVE COMMITTEE MEMBER OF FP USA, LLC AUTHORIZING FILING OF PETITION FOR REORGANIZATION

April 18, 2016

WHEREAS, FP USA, LLC (the "Company"), a Texas limited liability company, is unable to pay its debts as they mature, it is necessary for the Company to reorganize and it is advisable to proceed under the acts of Congress relating to Bankruptcy,

THEREFORE, BE IT RESOLVED, that the Company, through its sole Manager, Danny Watkins, and/or its sole Executive Committee Member, Robert Russell, being all persons whom are authorized to act on behalf of the Company for the purpose set forth herein, as more fully set in the Company's organization documents, is authorized to file a petition for reorganization under the acts of Congress relating to Bankruptcy.

BE IT FURTHER RESOLVED, that the Company's sole Executive Committee Member, Robert Russell, is hereby authorized to execute a petition and other related documents and to take or cause to be taken such proceedings as may be desirable or necessary to secure the Company any and all relief that it may be entitled to under the Bankruptcy Code, 11 U.S.C. § 101, et seq.

IN WITNESS WHEREOF, the undersigned has executed this Resolution as of the 19th day of April, 2016.

FP USA, LLC

By: _____
Robert Russell
Sole Executive Committee Member

2625126.1:331860:00700

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

**IN RE:**

**FPUSA, LLC**                                      Case No. _____

        **Debtor.**                              **(Chapter 11)**

## VERIFICATION OF CREDITOR MATRIX

    The above named Debtor hereby verifies that the attached list of creditor is true and correct to the best of his knowledge.

Date: April 21, 2016                                     /s/ Robert Russell
                                                               Robert Russell
                                                               Sole Executive Committee Member

4 Star Hose and Supply
P. O. Box 541356
Dallas, TX 75354-1356

Axiom Medical Consulting, LLC
4840 West Panther Creek Dr.
Suite 106
Spring, TX 77381

Bracewell & Giuliani, LLP
711 Louisiana St.
Houston, TX 77002

Cartasite, Inc.
1123 Auraria Pkwy.
#100
Denver, CO 80204

Cen-Tex Centrifuge Rentals
16505 I-45 South
Willis, TX 77318

Dial Lubricants, Inc.
1839 Ryan Rd.
Dallas, TX 75220

Fox Pest Control
5601 N. Dixie Blvd.
Odessa, TX 79762

FP Marangoni, Inc.
7004 - 39 St.
Leduc, Alberta, CA T9E0W1

Guadalupe County, TX Treasurer
307 W. Court St.
#206
Seguin, TX 78155

M-I LLC
5950 North Course Drive
Houston, TX 77072

M-I LLC
c/o John R. Keville, Joshua L. Collins,
Michelle C. Repogle
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

Markwater Handling Systems, Ltd.
200 Rivercrest Dr.
Suite 280
Calgary, Alberta, CA TSC-2X5

McAlister Printing co. Inc.
P. O. Box 927
Kilgore, TX 75663

Performance Fluid Management Corp.
2170 Buckthorne Drive
Suite 375
Spring, TX 77380

Progressive Waste Solutions of TX
12150 Garland Road
Dallas, TX 75218

RasTrac
13809 Research Blvd.
Suite 735
Austin, TX 78750

RJ Price Heavy, LLC
514 Husbach Dr.
Judsonia, AR 72081

Safety Kleen
P. O. Box 60756
Midland, TX 79711

SAIA Corp.
11465 Johns Creek Parkway
Suite 400
Duluth, GA 30097

SanJan Hot Shot & Transport
P. O. Box 13221
Odessa, TX 79768

Screen Logix, LLC
13729 Veterans Memorial Dr.
Kaplan, LA 70548

Screen Tech International
11509 E. Pine Rd.
Tulsa, OK 74116

Secure Drilling Services, USA LLC
701 Riverside Drive
Fort Worth, TX 76111

Stuart Hose & Pipe Company
2621 Irving Blvd.
Dallas, TX 75207

Texas Comptroller of Public Accounts
111 E. 17th St.
Austin, TX 78774

The Hartford
P. O. Box 660916
Dallas, TX 75266

Total Administrative Services Corporatio
2302 International Ln.
Madison, WI 53704-3140

UniFirst Corp.
1520 S. Crane Avenue
Odessa, TX 79763

Waggoners Trucking
5210 West Airport Freeway
Irving, TX 75062

Western Oilfield Equipment Rentals, Ltd.
7004  39 St.
Leduc, Alberta, CA T9E 0W1