Fill in this information to identify the case:

Debtor name: **FPUSA, LLC**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**
Case number (if known): **16-40742**

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bracewell & Giuliani, LLP<br>711 Louisiana St.<br>Houston, TX 77002 | 713-223-2300 | Professional Services | | | | $1,110,172.66 |
| Western Oilfield Equipment Rentals, Ltd.<br>7004 39 St.<br>Leduc, Alberta, CA T9E 0W1 | 780-986-2607 | Intercompany -- loans | | | | $605,789.14 |
| FP Marangoni, Inc.<br>7004 - 39 St.<br>Leduc, Alberta, CA T9E0W1 | 780-986-2607 | Intercompany -- trade | | | | $325,036.44 |
| Markwater Handling Systems, Ltd.<br>200 Rivercrest Dr. Suite 280<br>Calgary, Alberta, CA TSC-2X5 | 403-263-5900 | Intercompany -- trade | | | | $143,385.40 |
| Secure Drilling Services, USA LLC<br>701 Riverside Drive<br>Fort Worth, TX 76111 | 303-968-1907 | Trade | | | | $34,006.00 |
| RJ Price Heavy, LLC<br>514 Husbach Dr.<br>Judsonia, AR 72081 | 501-729-5100 | Trade | | | | $32,115.00 |
| Texas Comptroller of Public Accounts<br>111 E. 17th St.<br>Austin, TX 78774 | 1-800-252-5555 | State tax | | | | $21,018.00 |
| Guadalupe County, TX Treasurer<br>307 W. Court St. #206<br>Seguin, TX 78155 | 830-303-8868 | Ad Valorem tax | | | | $17,521.58 |

Debtor  **FPUSA, LLC**                                                   Case number *(if known)*  **16-40742**
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Screen Logix, LLC 13729 Veterans Memorial Dr. Kaplan, LA 70548 | 337-643-1889 | Trade | | | | $11,592.90 |
| RasTrac 13809 Research Blvd. Suite 735 Austin, TX 78750 | 512-918-0700 | Trade | | | | $11,461.66 |
| Screen Tech International 11509 E. Pine Rd. Tulsa, OK 74116 | 918-234-0010 | Trade | | | | $11,224.36 |
| Cen-Tex Centrifuge Rentals 16505 I-45 South Willis, TX 77318 | 1936-344-2054 | Trade | | | | $11,200.00 |
| Axiom Medical Consulting, LLC 4840 West Panther Creek Dr. Suite 106 Spring, TX 77381 | 281-419-7063 | Trade | | | | $3,444.50 |
| 4 Star Hose and Supply P. O. Box 541356 Dallas, TX 75354-1356 | 432-685-7040 | Trade | | | | $2,583.62 |
| SanJan Hot Shot & Transport P. O. Box 13221 Odessa, TX 79768 | 432-563-0307 | Trade | | | | $1,850.00 |
| Waggoners Trucking 5210 West Airport Freeway Irving, TX 75062 | 800-3886-4285 | Trade | | | | $1,696.50 |
| Cartasite, Inc. 1123 Auraria Pkwy. #100 Denver, CO 80204 | 888-312-1616 | Trade | | | | $1,636.96 |
| The Hartford P. O. Box 660916 Dallas, TX 75266 | 866-467-8730 | Insurance | | | | $1,609.95 |
| Dial Lubricants, Inc. 1839 Ryan Rd. Dallas, TX 75220 | 972-501-0266 | Trade | | | | $1,168.95 |
| SAIA Corp. 11465 Johns Creek Parkway Suite 400 Duluth, GA 30097 | 800-765-7242 | Trade | | | | $1,034.07 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 2